SMITH, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Porter D. Smith against the Lehigh Valley Railroad Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied. See 79 N. Y. Supp. 106.

SMITH, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1902.) Action by Porter D. Smith, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. NEW YORK AIR BRAKE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by Arthur J. Smith against the New York Air Brake Company. No opinion. Order affirmed, with costs.
DAVY, J., not voting.

SMITH, Respondent, v. SCHWARZLER, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Suit by W. Stebbins Smith against Martin Schwarzler. From an order continuing a temporary injunction, defendant appeals. Affirmed. David B. Ogden, for appellant. Jacob Fromme, for respondent.
PER CURIAM. We think the learned judge at special term correctly held that this case in principle is controlled by Stuyvesant v. Early, 58 App. Div. 242, 68 N. Y. Supp. 752. In view of the fact that the injunction in some form must be continued until the trial, nothing would be gained by a determination now as to the extent, if any, which the order as entered should be modified. The injunction order is extensive in terms, but the question of whether or not the plaintiff is entitled to such extensive relief can better be determined upon the trial, when, after the presentation of all the facts, the court will be enabled to formulate by judgment the exact relief to which the plaintiff is entitled. The order appealed from is accordingly affirmed, with $10 costs and disbursements.

SMITH, Appellant, v. SECOR, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Mary E. Smith, as administratrix, against James F. Secor. J. Stikeman, for appellant. P. Carpenter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. YOUNG et al., Appellants. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Clarence B. Smith against James W. Young and another. A. Knox, for appellants. G. A. Seixas, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SOBEY, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) Action by Abraham Sobey against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

SOLOMON v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Adolph Solomon against the Metropolitan Street Railroad Company. No opinion. Motion denied on payment of $10 costs, and, on payment of an additional $10, leave given to apply to court below to open default.

SOPER, Respondent, v. WASS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by William Soper against Charles J. Wass. No opinion. Judgment of county court affirmed, with costs.

SPENCE, Respondent, v. WALDIE, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Allen N. Spence against James Waldie. No opinion. Judgment of the municipal court affirmed, with costs.

STACHELI, Respondent, v. STACHELI, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Helena Stacheli against Henry Stacheli. L. Wendel, Jr., for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

STEINSON v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by George Steinson against the board of education. No opinion. Motion dismissed, with $10 costs.

STEVENS v. CUNNINGHAM. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Action by Catherine Stevens against Patrick Cunningham, as administrator, etc., of Bridget Walsh, deceased. No opinion. Motion denied.

In re STEWART. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Matter of the application of John J. Stewart for writ of mandamus against Francis G. Ward as commissioner of public works, etc. No opinion. Order affirmed, with $10 costs and disbursements.

STEWART, Respondent, v. MOREING, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Stanley H. C. Stewart against Charles O. Moreing. R. R. Rogers, for appellant. W. H. Van Steenberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STIASNY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by Caroline Stiasny against the Metropolitan Street Railway Company. B. H. Ames, for appellant. F-